UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| Latanya Frazier, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>Baptist Health,<br><br>    Defendant. | Case No. 4:24-cv-00940-LPR |
| Chanta Ringo, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>Baptist Health,<br><br>    Defendant. | Case No.: 4:24-cv-01097-LPR |

**ORDER GRANTING IN PART PLAINTIFFS'
MOTION TO CONSOLIDATE ACTIONS, AND SET SCHEDULING DEADLINES**

This matter is before the Court on the Motion of Plaintiffs in the above captioned actions to consolidate the actions and set scheduling deadlines and permit the filing of a single consolidated complaint. Having reviewed the Motion, the Memorandum in Support, and the Complaints in the above-captioned actions and having found that the cases involve some of the same issues of fact and law against the same Defendant, arise out of the same allegations regarding Defendant's failure to implement sufficient data security safeguards, and have proposed class definitions that will encompass many of the same persons, this Court finds that the cases have sufficient commonality of issues and parties to warrant consolidating the cases. This Court further finds that the benefits of consolidation are not outweighed by any risk of prejudice or jury

1

confusion. The effect of such consolidation will be judicial economy and preserving the Parties' resources, as well as avoiding disparate rulings in separate actions. Accordingly, because this Court finds that the Related Actions have sufficient commonality of law and fact and does not increase the risk of an unfair outcome, and for good cause shown, the Motions are **GRANTED**. As such, the Court ORDERS the following:

I.      **Consolidation of the Related Actions.**

The above-captioned actions shall be **CONSOLIDATED** for all purposes into the *Frazier v. Baptist Health*, Case No. 4:24-cv-00940-LPR, which is the lowest numbered case. All future pleadings, motions, briefs, and other papers shall be filed in the *Frazier v. Baptist Health*, Case No. 4:24-cv-00940-LPR which shall hereinafter be a Consolidated Action. The Court further orders that Plaintiffs' consolidated class action Complaint shall be filed within 30 days of the date of this order. Defendant shall file an Answer to the consolidated class action Complaint (or Motion to Dismiss) within 45 days of the filing of the consolidated class action Complaint. In the event that Defendant files a Motion to Dismiss, Plaintiffs shall have 30 days to file a Response to the Motion to Dismiss, and Defendant shall then have 30 days to file its Reply in support of the Motion to Dismiss.

It is so **ORDERED** this 31st day of March 2025.[1]

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court denies the portion of the pending Motion that concerns hypothetical new cases that might be filed in the future. If such new cases are filed, and if our Local Rules or General Orders are not sufficient to route these cases correctly, relief can be sought by a motion at that point.